# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JULIUS WILSON, | : | Civil No. 3:18-cv-2237 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| HUGH HOROWITZ, *et al.*, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this ____ day of January, 2020, upon consideration of Defendants' motion (Doc. 18) to dismiss, and for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT**:

1. · The motion (Doc. 18) to dismiss is **GRANTED** for the reasons set forth in the Court's Memorandum.

2. The action against the unknown officers #1 and #2 is **DISMISSED** pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. *See* FED. R. CIV. P. 4(m).

3. The Clerk of Court is directed to **CLOSE** this case.

4. Any appeal from this Order is **DEEMED** frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge